```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00956
    FLOYD MASSEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-6829


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/19/2007 and was confirmed 05/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/18/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                  PAID            PAID

--------------------------------------------------------------------------------
WELLS FARGO BANK             CURRENT MORTG        .00              .00              .00
WELLS FARGO BANK             MORTGAGE ARRE        .00              .00              .00
NUVELL CREDIT CO LLC         SECURED NOT I        .00              .00              .00
NUVELL CREDIT CO LLC         UNSECURED       15581.35              .00              .00
INTERNAL REVENUE SERVICE     NOTICE ONLY     NOT FILED             .00              .00
AMERICASH LOANS LLC          UNSECURED        3496.61              .00              .00
CENTRAL MERCANTILE COLLC     UNSECURED       NOT FILED             .00              .00
FIRST EAGLE                  UNSECURED          70.41              .00              .00
FIRST PREMIER BANK           UNSECURED       NOT FILED             .00              .00
ECAST SETTLEMENT CORP        UNSECURED        1024.84              .00              .00
MONUMENTAL INSURANCE         UNSECURED        1276.14              .00              .00
PARKER & ASSOCIATES          UNSECURED       NOT FILED             .00              .00
WELLS FARGO FINANCIAL BA     UNSECURED        1267.85              .00              .00
WF FIN BAN                   UNSECURED       NOT FILED             .00              .00
XM SATELLITE                 UNSECURED       NOT FILED             .00              .00
INTERNAL REVENUE SERVICE     PRIORITY         4302.22              .00              .00
PORTFOLIO RECOVERY ASSOC     UNSECURED         246.19              .00              .00
INTERNAL REVENUE SERVICE     UNSECURED         640.20              .00              .00
TRIAD FINANCIAL CORP         UNSECURED        2280.81              .00              .00
TRIAD FINANCIAL CORP         SECURED NOT I    8625.00              .00              .00
FISHER & SHAPIRO             NOTICE ONLY     NOT FILED             .00              .00
MAX RECOVERY                 UNSECURED        1895.30              .00              .00
DEBRA MASSEY                 NOTICE ONLY     NOT FILED             .00              .00
ILLINOIS DEPT OF REV         PRIORITY           71.12              .00              .00
ILLINOIS DEPT OF REV         UNSECURED          32.40              .00              .00
ERNESTO D BORGES JR          DEBTOR ATTY     2,500.00                          1,576.40
TOM VAUGHN                   TRUSTEE                                             107.60
DEBTOR REFUND                REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 00956 FLOYD MASSEY
```

```
--------------------------------------------------------------------------------
TRUSTEE                                       1,684.00

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,576.40
TRUSTEE COMPENSATION                                               107.60
DEBTOR REFUND                                                         .00
                                         ----------------   ----------------
TOTALS                                        1,684.00           1,684.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/25/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE